FILED
October 01, 2018
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER - PRETRIAL CONFERENCE BY TELEPHONE

JUDGE : McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

---

Case No.: 4:17-CV-861-A

Commercial Properties Enterprises, Inc. et al. v. Great Lakes Ins. Co.

Date Held: October 1, 2018          Time: 10:25 a.m. - 10:28 a.m. (3 minutes)

_____

Counsel for Plaintiffs: Heather Hall

Counsel for Defendant: Les Pickett

========================================================================

Pre-trial conference. Parties announce settlement. All claims dismissed with prejudice, each party to bear the court costs and attorney's fees incurred by that party. Court to prepare final judgment.

Conference concluded.