IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| COMMERCIAL PROPERTIES ENTERPRISES, INC., ET AL., | § § § |
| Plaintiffs, | § § § |
| VS. | §   NO. 4:17-CV-861-A § |
| GREAT LAKES INSURANCE COMPANY, | § § |
| Defendant. | § |

FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiffs and counsel for defendant on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiffs, Commercial Properties Enterprises, Inc., Commercial Properties, Inc., JAC Berg Family, LP, and Allan Berg Family Trust, against defendant, Great Lakes Insurance SE, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED October 1, 2018.

_____
JOHN McBRYDE
United States District Judge